UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAYTON LEE BROWN,<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>              Defendant. | Case No. C11-1508-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Clayton Lee Brown seeks review of the denial of his Supplemental Security Income and Disability Insurance Benefits applications. Dkt. 1. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20. The parties further stipulate that:

    (1)    On remand, the Administrative Law Judge ("ALJ") shall allow plaintiff an opportunity to submit any additional evidence. The ALJ shall re-evaluate the medical source opinions of record, including the opinions of Victoria McDuffee, Ph.D. and Wayne C. Dees, Psy.D. The ALJ shall evaluate the severity of plaintiff's cervical spine impairment and, if necessary and available, obtain testimony from a medical expert specializing in psychiatry to clarify the nature and severity of plaintiff's mental impairments. The ALJ shall also re-evaluate

REPORT AND RECOMMENDATION - 1

1 | plaintiff's credibility and residual functional capacity. Finally, if warranted by the expanded
2 | record, the ALJ shall obtain supplemental evidence from a vocational expert.
3 |     (2)    Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412(d),
4 | upon proper request to this Court.
5 |     Because the parties have stipulated that the case be remanded as set forth above, the Court
6 | recommends that United States District Judge Ricardo S. Martinez immediately approve this
7 | Report and Recommendation and order the case **REVERSED** and **REMANDED** for further
8 | administrative proceedings. A proposed order accompanies this Report and Recommendation.
9 |     DATED this 21st day of March, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2